IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZECKEYA PERRY                                                                                   PLAINTIFF
ADC # 156241

v.                          CASE NO. 4:23-CV-00177-BSM-JTK

ROBERT PIERCE, *et al*.                                                                     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of April, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE